Case 1:19-cr-00691-CM   Document 8   Filed 02/03/20   Page 1 of 1

## STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

**MEMO ENDORSED**

299 BROADWAY, S¹
NEW YORK, N.Y.

(212) 619-42
FAX (212) 619-(

*[handwritten]* 2/3/2020

*Case adj to february 25, 2020, at 2PM — time Excluded through feb 25, in the interest of justice.*

February 3, 2020

**By ECF**

Honorable Colleen McMahon
Chief Judge – United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

*[signature]*

Re:   *United States v. Alex Nunez*
      **19 Cr. 691**

Dear Chief Judge McMahon:

I write to confirm that the parties conferred with Senior Law Clerk, James O'Neil, consent rescheduled the conference in this matter now scheduled for February 20, 2020, to February 25, 2020, at 2:00 PM.

Very truly yours,

*James Roth*

James Roth, Esq.

cc:    AUSA Christopher Clore (By ECF)