# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

January 15, 2021

By ECF

Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten endorsement:]* 1/27/21 Sentencing Adj to March 23, 2021 at 3:30 PM. *[Signed]* Colleen McMahon

*[Stamp:]* MEMO ENDORSED

Re: **United States v. Alex Nunez, 19 Cr. 691 (CM)**

Dear Chief Judge McMahon:

I write to respectfully request an adjournment of Mr. Nunez's sentencing now scheduled for February 4, 2021. This request is made due to difficulty in obtaining pertinent medical records related to the lead poisoning of Mr. Nunez. This is the first request for a sentencing adjournment in this matter.

Accordingly, it is respectfully requested that Mr. Nunez's sentence proceeding be adjourned until the fourth week of March 2021 at a date and time convenient to the Court.

AUSA Christopher Clore consents to this request.

Very truly yours,

*James Roth*

James Roth, Esq.

cc:   AUSA Christopher Clore

JR/Nunez/Adj Ltr Rqst 1