

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 12, 2021

3/15/2121

Sentencing Adj to
May 5, 2021

**BY ECF & EMAIL**
The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
United States District Courthouse
500 Pearl Street
New York, New York 10007

    Re:    United States v. Alex Nuñez,
           19 Cr. 691 (CM)

Dear Chief Judge McMahon:

    The parties write to request respectfully that the Court adjourn the sentencing in the above-captioned case. Currently, the sentencing in this case is scheduled for March 23, 2021 at 3:30 p.m. After discussions with defense counsel, however, the Government has learned that the defendant would prefer to be sentenced in person. Accordingly, and with defense counsel's consent and input, the Government requests to adjourn the defendant's sentencing until a date convenient for the Court in early May 2021.

                                 Respectfully submitted,

                                 AUDREY STRAUSS
                                 United States Attorney

                      by: _____
                               Christopher J. Clore
                               Assistant United States Attorney
                               (212) 637-1063

cc:    James Roth, *counsel for the defendant* (by Email & ECF)