# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

*MEMO ENDORSED*

June 8, 2022

**By ECF**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> 6/8/22
>
> Mr. Roth is reappointed to represent defendant in connection with the pending VOSR proceeding, nunc pro tunc March 29, 2022.
>
> *[signed] Colleen McMahon*

Re:   **United States v. Alex Nunez, 19 Cr. 691 (CM)**

Dear Judge McMahon:

I am prior counsel of record for defendant Alex Nunez in the above-captioned case, having been appointed pursuant to the Criminal Justice Act ("CJA") on October 23, 2019. I represented Mr. Nunez through disposition wherein Your Honor sentenced Mr. Nunez to Time Served and a three-year term of Supervised Release on May 5, 2021. *See*, ECF Dkt. 27.

Since March 29, 2022, counsel has been in touch with Mr. Nunez and his U.S. Probation Officer ("PO"), Alicia Black, when a non-compliance report was filed. Subsequently, he was arrested in Bridgeport, Connecticut where he remains incarcerated. In regard to his pending Violation of Supervised Release ("VOSR"), Probation lodged a detainer in Connecticut.

Counsel was contacted by Mr. Nunez and received notice of the non-compliance report via email from PO Black on March 29, 2022. Counsel remains in contact with Mr. Nunez and is working to arrange his appearance in this district.

Accordingly, it is respectfully requested Your Honor endorse this letter and re-appoint me as CJA counsel to represent Mr. Nunez in his Violation proceedings, *nunc pro tunc* March 29, 2022.   ✓

Thank you for your attention to this matter.

Very truly yours,

*[signed]*
James Roth, Esq.

cc:   All Parties of Record (By ECF)

JR/Nunez/Ltr Rqst to Ct/ReAppt CJA VOSR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/22